[No. 35292-3-II. Division Two. January 15, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD EDGAR BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 06-1-00226-1, George L. Wood, J., entered August 25, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 35307-5-II. Division Two. January 15, 2008.]

RONALD E. DAWES ET AL., *Respondents*, v. DOUGLAS FIELD ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-2-01988-2, Jay B. Roof, J., entered August 2, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Houghton, C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 35498-5-II. Division Two. January 15, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN LEE ROLLER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 06-1-00559-1, H. John Hall, J., entered October 24, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Penoyar, JJ.

[No. 35509-4-II. Division Two. January 15, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL SCOTT RUNYON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-03321-5, Brian M. Tollefson, J., entered September 29, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Van Deren, JJ.